**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:05-mj-0042 |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S MOTION TO DISMISS |
| v. | ) | |
| BLAIR GUTHRIE, KIMBERLY WILLIAMS | ) | Date: August 3, 2005 Time: 10:00 a.m. Courtroom: U.S. Magistrate Judge: |
| Defendants. | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Dismiss the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Dismiss be denied.

1

IT IS SO ORDERED.

**Dated:   August 4, 2005**               /s/  William M. Wunderlich
mmkd34                                    UNITED STATES MAGISTRATE JUDGE

2