# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES, | ) U.S.D.C. No.: 05-306 AWI |
| Plaintiff-Appellee, | ) |
| vs. | ) **ORDER GRANTING EX PARTE MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KIMBERLY WILLIAMS | ) **APPELLANT'S OPENING BRIEF** |
| Defendant-Appellant. | ) |

_____

On October 6, 2005, Defendant-Appellant filed an ex parte motion for an extension of time in which to file her opening brief. The Plaintiff-Appellee consents to the request.

Good cause appearing, Defendant-Appellant's motion is **HEREBY GRANTED**. The new schedule is as follows:

    File and serve the opening brief of appellant by December 17, 2005.

    File and serve the opposition brief of appellee by December 31, 2005.

    File and serve the reply brief of appellant by January 8, 2006

IT IS SO ORDERED.

**Dated:   October 24, 2005**             /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE