**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff-Appellee,<br><br>vs.<br><br>KIMBERLY WILLIAMS<br><br>    Defendant-Appellant. | U.S.D.C. No.: 05-306 AWI<br><br>**ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF** |

On December 6, 2005, Defendant-Appellant filed an ex parte motion for an extension of time in which to file her opening brief. The Plaintiff-Appellee consents to the request.

Good cause appearing, Defendant-Appellant's motion is **HEREBY GRANTED**. The new schedule is as follows:

    File and serve the opening brief of appellant by January 17, 2006.

    File and serve the opposition brief of appellee by January 31, 2006.

    File and serve the reply brief of appellant by February 8, 2006.

IT IS SO ORDERED.

**Dated:**   **December 7, 2005**          /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE