```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | STANLEY A. BOONE
   | Assistant U.S. Attorneys
 3 | MISDEMEANOR UNIT
   | 3654 Federal Building
 4 | 1130 "O" Street
   | Fresno, California 93721
 5 | Telephone: (559) 498-7272
```

FILED
FEB 2 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

LODGED
FEB 02 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | U.S.D.C. No. CR-F-05-306 AWI |
|---|---|---|
|  | ) | Citation No. P428780 |
| Plaintiff/Appellee, | ) |  |
|  | ) | ORDER |
| v. | ) | HON. ANTHONY W. ISHI |
| KIMBERLY WILLIAMS, | ) |  |
| Defendant/Appellant. | ) |  |

The government's motion to file its responsive brief is hereby GRANTED. The government has until March 3, 2006, to file its responsive brief.

2-2-06

_____
ANTHONY W. ISHI
U.S. District Court Judge

3