**FILED**

**JUDGMENT ENTERED**

<u>     4/13/07     </u>
<sub>date</sub>

**by:** R. Carter-Ford
<sub>Deputy Clerk</sub>

U.S. District Court
Eastern District of California

<u>  X  </u>   **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

USA,

        Plaintiff,

vs.

        **JUDGMENT IN A CRIMINAL ACTION**

1:05-cr-00306-LJO

KIMBERLY WILLIAMS,

        Defendant.
_____/

<u>          </u>   JURY VERDICT: This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

<u>   X      </u>   DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment be entered in favor of Plaintiff and against Defendant.

DATED:

                          VICTORIA C. MINOR, Clerk

                          By: <u>/s/ R. Carter-Ford</u>
                                Deputy Clerk

jgm.civ
2/1/95